IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JULIE MICHELLE SCOTT,                                                      PETITIONER
ADC # 709865

v.                                            5:12-cv-00002-JLH-JJV

RAY HOBBS, Director,
Arkansas Department of Correction                                    RESPONDENT

## ORDER

On February 9, 2012, this Court ordered Ms. Scott to submit either the $5.00 filing fee or a proper and complete Application to Proceed Without Prepayment of Fees and Affidavit within thirty days. (Doc. No. 10.) To date, Ms. Scott has not complied with this Court's Order. Accordingly, pursuant to Local Rule 5.5(c)(2), her Petition (Doc. No. 1) is dismissed without prejudice.

IT IS SO ORDERED this 20th day of March, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE