IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JULIE MICHELLE SCOTT,                                                    PETITIONER
ADC #709865

v.                                       5:12-cv-00002-JLH-JJV

RAY HOBBS, Director,
Arkansas Department of Correction                                        RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED,

and ADJUDGED that this case is DISMISSED without prejudice.

SO ORDERED this 20th day of March, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE